UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MONICA LOTT, | ) | CASE NO. 3:16-cv-03088 |
| Plaintiff, | ) ) | JUDGE JEFFREY J. HELMICK |
| v. | ) ) | **STIPULATION OF DISMISSAL** |
| JACOBS INDUSTRIAL SERVICES INC., | ) ) | |
| Defendant. | ) ) | |

Plaintiff Monica Lott and Defendant Jacobs Industrial Services Inc., by and through counsel, hereby state that all claims between them are hereby dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

| | |
|---|---|
| /s/ Carrie J. Dyer (per 8/22/2017 email consent) | /s/ Natalie M. Stevens |
| Greg R. Mansell (0085197) | Natalie M. Stevens (0079963) |
| Carrie J. Dyer (0090539) | Andrew S. Haring (0087213) |
| Mansell Law, LLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 1457 S. High Street | 127 Public Square |
| Columbus, OH 43207 | 4100 Key Tower |
| Phone: (614) 610-4134 | Cleveland, OH 44114 |
| Fax: (513) 826-9311 | Phone: (216) 241-6100 |
| greg@manselllawll.com | Fax: (216) 357-4733 |
| carrie@manselllawllc.com | natalie.stevens@ogletree.com |
| | andrew.haring@ogletree.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

So Ordered.

S/ Jeffrey J. Helmick
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2017 a copy of the foregoing *Stipulation of Dismissal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties, including the following counsel of record, may access this filing through the Court's system.

Greg R. Mansell
Carrie J. Dyer
Mansell Law, LLC
1457 S. High Street
Columbus, OH 43207
greg@mansellawllc.com
carrie@manselllawllc.com

*Attorneys for Plaintiff*

                                      */s/ Natalie M. Stevens*
                                      *One of the Attorneys for Defendant*

30961977.1